ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DAFFODIL TYMINSKI (SBN 243680)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone: (213) 894-0917
    Facsimile: (213) 894-0141
    E-mail: Daffodil.Tyminski@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>GENTIAN DODA,<br>  aka "Azem Shaqiri,"<br><br>A Fugitive from the Republic of Albania. | CV No. 11-8595-VAP(PJW)<br><br>[~~PROPOSED~~] <u>EXTRADITION CERTIFICATION</u> |

    Extradition proceedings having been brought in relation to the fugitive, Gentian Doda ("Mr. Doda"), by Complainant United States of America pursuant to 18 U.S.C. § 3184 and the Extradition Treaty in force between the United States and Albania ("the Extradition Treaty"), and the undersigned judicial officer having considered the arguments presented by the parties in their papers and at the extradition hearing held on May 10, 2012, during which no testimony was taken,

    IT IS HEREBY FOUND as follows:

    (1) Probable cause exists to believe that Mr. Doda is the individual sought by the Albanian government for extradition.

(2) Probable cause exists to believe that Mr. Doda is guilty of the offense for which his extradition is sought.

(3) Mr. Doda has conceded all remaining elements that the United States must satisfy before extradition can be certified, and the undersigned judicial officer finds those elements to be established.

THEREFORE, IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3184 that Mr. Doda is found extraditable and that this matter is certified to the Secretary of State so that a warrant may issue upon the requisition of the proper authorities of the government of Albania for the surrender of Mr. Doda according to the stipulations of the Extradition Treaty, and that Mr. Doda is committed to the custody of the United States Marshal, or his authorized representative, there to remain until such surrender shall be made.

DATED: May 14, 2012.

_____
HON. PATRICK J. WALSH
United States Magistrate Judge

Presented by:

_____/s/_____
DAFFODIL TYMINSKI
Assistant United States Attorney
General Crimes Section

Attorneys for Complainant
United States of America

2